Opinion by McClellan, J.

***

## Campbell v. The State.

Appeal from Bibb County Court.

Tried before the Hon. N. H. Thompson.

McMaster & McMaster and W. H. Logan, for appellant.

44

W. C. FITTS, Attorney-General, for the State.

The appellant was convicted of selling spiritous, vinous or malt liquors in violation of the prohibition law of Bibb County. Judgment affirmed.
PER CURIAM.

---

## Little v. The State.

APPEAL from Sumter County Court.

Tried before the Hon. W. D. DeLOACH.

SMITH & TRAVIS, for appellant.

W. C. FITTS, Attorney-General, for the State.

The appellant was indicted, tried and convicted for gaming on Sunday. Judgment affirmed.
PER CURIAM.